**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1474**

_____

JOHNSON D. KOOLA,

                    Debtor - Appellant,

          v.

U.S. BANK TRUST, N.A., as Trustee for LSF10 Master Participation Trust; FAY SERVICING, LLC,

                    Creditors - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:21-cv-02970-RMG)

_____

Submitted:  November 17, 2022                    Decided:  November 22, 2022

_____

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnson D. Koola, Appellant Pro Se.  John S. Kay, HUTCHENS LAW FIRM, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnson D. Koola appeals from the district court's orders: (1) denying confirmation of his amended Chapter 13 plan and dismissing his bankruptcy case, and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Koola v. U.S. Bank Trust, N.A.*, No. 2:21-cv-02970-RMG (D.S.C. Mar. 3, 2022 & Apr. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*